IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00323-WJM-MJW

AURORA BANK FSB,

Plaintiff,

v.

LENOX FINANCIAL MORTGAGE CORPORATION,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　It is hereby ORDERED that the Joint Motion and Stipulation to Amend Complaint Pursuant to Fed. R. Civ. P. 15 (Docket No. 10) is GRANTED.  The Amended Complaint (Docket No. 12) is accepted for filing and shall become the operative pleading in this matter.  Defendant shall have up to and including March 19, 2013 to answer or otherwise respond to the Amended Complaint.

Date: March 14, 2013