IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00323-WJM-MJW

AURORA BANK FSB,

Plaintiff,

v.

LENOX FINANCIAL MORTGAGE CORPORATION,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion and Stipulation for Entry of Protective Order for Confidential Disclosure of Discovery Materials (docket no. 20) is GRANTED finding good cause shown.  The written Protective Order (docket no. 20-1) is APPROVED and made an Order of Court.

Date: April 8, 2013