# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA COMMERCIAL CORP. Successor entity to Aurora Bank FSB<br><br>                        Plaintiff,<br><br>       vs.<br><br>LENOX FINANCIAL MORTGAGE CORPORATION<br><br>                        Defendant. | CASE NO. 13-CV-01489-AWI-JLT<br><br>Judge: Hon. Anthony W. Ishii<br><br>**ORDER RE STIPULATION FOR CONTINUANCE OF HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR AN EXTENSION OF BRIEFING SCHEDULE** |

The Court, having considered the parties' Stipulation for Continuance of Hearing on Defendant's Motion for Summary Judgment and for an Extension of Briefing Schedule, and good cause appearing therefor,

HEREBY ORDERS, that Aurora's response shall be filed on or before February 3, 2014, Lenox's reply shall be filed on or before February 10, 2014, and the hearing on Lenox's motion for summary judgment is continued to March 17, 2014 at 1:30 p.m.  The deadlines associated with Local Rule 230 are superseded and replaced by the deadlines stated in this Order for purposes of the Motion only.

IT IS SO ORDERED.

Dated:   January 23, 2014     _____

                                    SENIOR  DISTRICT  JUDGE

1

**[PROPOSED] ORDER RE STIPULATION FOR CONTINUANCE OF HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR AN EXTENSION OF BRIEFING SCHEDULE**