# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA COMMERCIAL CORP., ET AL., | 1:13-cv-01489-AWI-JLT |
| Plaintiffs, | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| LENOX FINANCIAL MORTGAGE CORP., | |
| Defendant. | |

Defendant, Lenox Financial Mortgage Corporation, and Plaintiffs Aurora Commercial Corporation, et al., have filed competing motions to for summary judgment. The motions are set for hearing before this Court on Monday, March 17, 2014 at 1:30 p.m.. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of March 17, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:  March 12, 2014                                    /s/ signature
                                                                         SENIOR DISTRICT JUDGE

1