1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

AURORA COMMERCIAL CORP.

No.  1:13-cv-01489-AWI-JLT

12

Plaintiff,

13

v.

**ORDER OF DISMISSAL**

14

LENOX FINANCIAL MORTGAGE
CORPORATION,

15
16

Defendant.

17
18

    Pursuant to the joint stipulation for dismissal with prejudice filed January 8, 2015,

19

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

20

    IT IS HEREBY ORDERED that this matter be dismissed with prejudice, each party to

21

bear its own costs, attorney fees and expenses. The Clerk is directed to close this case.

22

IT IS SO ORDERED.

23

Dated:   January 9, 2015

24

_____
SENIOR  DISTRICT  JUDGE

25
26
27
28

1